# Exhibit 1



# United States of America
### United States Patent and Trademark Office

# GATEWAY EXPERIENCE

**Reg. No. 4,019,643**

**Registered Aug. 30, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTERSTATE INDUSTRIES, INC. (VIRGINIA CORPORATION)
P.O. BOX 505
LOVINGSTON, VA 22949

FOR: DIGITAL MEDIA, NAMELY, DOWNLOADABLE AUDIO FILES FEATURING MUSIC AND CONTENT FOR AIDING EXPANDED AWARENESS AND SELF-DISCOVERY, STRESS MANAGEMENT, FEAR CONTROL, POSITIVE THINKING, COMMUNICATION WITH OTHERS, IMPROVING PERFORMANCE AND PROFOUND RELAXATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-20-2011; IN COMMERCE 3-20-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,790,948.

SN 76-697,559, FILED 5-26-2009.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,790,948**

## United States Patent and Trademark Office

Registered Dec. 9, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## GATEWAY EXPERIENCE

INTERSTATE INDUSTRIES, INC. (VIRGINIA CORPORATION)
P.O. BOX 505
LOVINGSTON, VA 229490505

FOR: PRERECORDED AUDIO CASSETTE TAPES AND COMPACT DISCS FEATURING INSTRUCTIONS AND MATERIALS FOR AIDING EXPANDED AWARENESS AND SELF-DISCOVERY, STRESS MANAGEMENT, FEAR CONTROL, POSITIVE THINKING, COMMUNICATION WITH OTH-ERS, IMPROVING PERFORMANCE, AND PROFOUND RELAXATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-15-1981; IN COMMERCE 7-15-1981.

SER. NO. 76-485,499, FILED 1-28-2003.

SUSAN STIGLITZ, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## THE GATEWAY EXPERIENCE

**Reg. No. 8,118,451**

**Registered Jan. 27, 2026**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Interstate Industries, Inc.  (VIRGINIA CORPORATION)
P.O. Box 505
Lovingston, VIRGINIA 22949

CLASS 41: Educational services, namely, conducting classes and workshops in the field of accelerated learning, expanded awareness, focused attention, heightened creativity, meditation, pain control, physical wellness, problem solving, profound relaxation, sleep enhancement, spiritual growth, stress reduction, pregnancy and childbirth, and behavior modification, and distributing course materials in connection therewith

FIRST USE 2-29-2024; IN COMMERCE 2-29-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2790948, 4019643

SER. NO. 99-437,520, FILED 10-10-2025



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE





# United States of America
## United States Patent and Trademark Office

# HEMI-SYNC

**Reg. No. 5,486,495**

**Registered Jun. 05, 2018**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Interstate Industries, Inc. (VIRGINIA CORPORATION), DBA Hemi-Sync
P.o. Box 505
Lovingston, VIRGINIA 22949

CLASS 16: printed publications, namely, catalogs and brochures in the field of mental conditioning and relaxation techniques

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3015866, 4016155, 1276849

SER. NO. 87-671,419, FILED 11-03-2017



Director of the United States
Patent and Trademark Office





**Reg. No. 5,632,385**

**Registered Dec. 18, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Interstate Industries, Inc.  (VIRGINIA CORPORATION), DBA Hemi-Sync
P.o. Box 505
Lovingston, VIRGINIA 22949

CLASS 9: Digital media, namely, downloadable audio files featuring music and content for mental conditioning and relaxation techniques; Compact discs featuring music and content for mental conditioning and relaxation techniques

FIRST USE 11-10-2017; IN COMMERCE 11-10-2017

The mark consists of a silhouette of human depicted flying (self-propelled) out of circular swirl in between the word element "HEMI" and the word element "SYNC".

OWNER OF U.S. REG. NO. 4016155, 3015866, 4272097

SER. NO. 87-905,359, FILED 05-03-2018



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HEMI-SYNC

**Reg. No. 4,016,155**

**Registered Aug. 23, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTERSTATE INDUSTRIES, INC. (VIRGINIA CORPORATION)
P.O. BOX 505
LOVINGSTON, VA 22949

FOR: DIGITAL MEDIA, NAMELY, DOWNLOADABLE AUDIO FILES FEATURING MUSIC AND CONTENT FOR MENTAL CONDITIONING AND RELAXATION TECHNIQUES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-20-2011; IN COMMERCE 3-20-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,752,799, 3,015,866, AND OTHERS.

SN 76-697,562, FILED 5-26-2009.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107

**Reg. No. 3,015,866**

## United States Patent and Trademark Office

Registered Nov. 15, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## HEMI-SYNC

INTERSTATE INDUSTRIES, INC. (VIRGINIA CORPORATION)
P.O. BOX 505
LOVINGSTON, VA 229490505

FOR: PRERECORDED COMPACT DISCS FEATURING INSTRUCTIONS AND MATERIALS FOR MENTAL CONDITIONING AND RELAXATION TECHNIQUES; COMPUTER PROGRAMS FOR USE IN MENTAL CONDITIONING AND RELAXATION TECHNIQUES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-17-2004; IN COMMERCE 3-17-2004.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, WORKSHOPS, AND RETREATS IN THE FIELD OF ACCELERATED LEARNING, EXPANDED AWARENESS, FOCUSED ATTENTION, HEIGHTENED CREATIVITY, MEDITATION, PAIN CONTROL, PHYSICAL WELLNESS, PROBLEM SOLVING, PROFOUND RELAXATION, SLEEP ENHANCEMENT, SPIRITUAL GROWTH, STRESS REDUCTION, PREGNANCY AND CHILDBIRTH, AND BEHAVIOR MODIFICATION, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-17-2004; IN COMMERCE 3-17-2004.

OWNER OF U.S. REG. NO. 1,276,849.

SN 76-373,462, FILED 2-20-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,752,799

## United States Patent and Trademark Office

Registered Aug. 19, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## HEMI-SYNC

INTERSTATE INDUSTRIES, INC. (VIRGINIA CORPORATION)
P.O. BOX 505
LOVINGSTON, VA 229490505

FOR: RESEARCH IN THE FIELD OF SELF DISCOVERY AND CONSCIOUSNESS EXPLORATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-20-1975; IN COMMERCE 5-20-1975.

OWNER OF U.S. REG. NO. 1,276,849.

SER. NO. 76-475,573, FILED 12-16-2002.

BRETT TOLPIN, EXAMINING ATTORNEY